PROB 12C
(7/93)

Report Date: December 3, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 04 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: David Afterbuffalo          Case Number: 2:12CR00074-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2013

Original Offense:       Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:      Prison 366 days;           Type of Supervision: Supervised Release
                        TSR - 60 days

Asst. U.S. Attorney:    Matthew F. Duggan          Date Supervision Commenced: November 22, 2013

Defense Attorney:       Federal Defenders          Date Supervision Expires: November 21, 2018

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

                        **Supporting Evidence**: On November 22, 2013, the offender was released from the custody of the Federal Bureau of Prisons to the District of Montana for the purposes of supervised release. On December 2, 2013, the undersigned officer was advised by the U.S. Probation Office in the District of Montana that David Afterbuffalo had failed to report within 72 hours of release from custody and his whereabouts were unknown.

2 and 3                 **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                        **Special Condition # 18**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer.

Prob12C
Re: Afterbuffalo, David
December 3, 2013
Page 2

      **Supporting Evidence**: On December 3, 2013, the offender was arrested by the Blackfeet Tribal Police Department in Browning, Montana, and charged with failure to register as a sex offender on the Blackfeet Reservation. In addition, on December 3, 2013, the U.S. Probation Office in the District of Montana also advised that Mr. Afterbuffalo had failed to register as a sex offender with county law enforcement.

4     **Special Condition # 23**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

      **Supporting Evidence**: On December 3, 2013, Mr. Afterbuffalo provided a breath sample to a Blackfeet tribal police officer, which detected a breath alcohol content of .046.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 3, 2013

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/4/13
Date