PROB 12C  
(7/93)

Report Date: July 22, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Afterbuffalo   Case Number: 2:12CR00074-WFN-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2013

| | |
|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) |
| Original Sentence: | Prison 366 days; TSR - 60 days |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Matthew F. Duggan |
| Defense Attorney: | Robert R. Fischer |

Date Supervision Commenced: November 22, 2013

Date Supervision Expires: November 21, 2018

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 30, 2014.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On July 21, 2014, Mr. Afterbuffalo failed to report to Alcohol Drug Education Prevention and Treatment, Inc. (ADEPT) for random drug testing. |
| | On July 22, 2014, Mr. Afterbuffalo reported to the U.S. Probation Office and provided a urine sample that tested presumptively positive for marijuana. |

Prob12C
**Re: Afterbuffalo, David**
**July 22, 2014**
**Page 2**

Subsequently, Mr. Afterbuffalo admitted to taking "1 hit" of marijuana on July 11, 2014, and signed a substance abuse admission form.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 22, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

07/22/2014
Date