PROB 12C
(6/16)

Report Date: July 25, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 6 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Afterbuffalo     Case Number: 0980 2:12CR00074-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2013

Original Offense:       Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:      Prison - 366 days          Type of Supervision: Supervised Release
                        TSR - 60 months

Asst. U.S. Attorney:    Matthew F. Duggan          Date Supervision Commenced: November 22, 2013

Defense Attorney:       Robert R. Fischer          Date Supervision Expires: November 21, 2018

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On July 25, 2016, the offender's brother, with whom the offender resides, contacted the undersigned and stated that his minor-aged daughter has alleged that the offender has been sexually abusing her for approximately 1 year, with the most recent incident occurring on July 21, 2016. The offender's brother advised he intends to file a police report on July 25, 2016. |
| 2 | **Special Condition # 17**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer.<br><br>**Supporting Evidence**: On July 25, 2016, the undersigned was contacted by the offender's brother who advised that on July 21, 2016, he drove the offender to a home in Spokane, Washington, to reside. As of the writing of this report the offender has not contacted the undersigned regarding his change in residence. |

Prob12C
Re: Afterbuffalo, David
July 25, 2016
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 25, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

July 26, 2016
Date