PROB 12C
(6/16)

Report Date: August 30, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 1 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Afterbuffalo        Case Number: 0980 2:12CR00074-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2013

Original Offense:      Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:     Prison -366 days;            Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   Matthew F. Duggan            Date Supervision Commenced: November 22, 2013

Defense Attorney:      Federal Defenders Office     Date Supervision Expires: November 21, 2018

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/26/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: A report (SPD 16-06733) filed with the Sturgis Police Department states that on August 12, 2016, the offender was arrested in Sturgis, South Dakota, where he had traveled without obtaining prior permission from the supervising officer. |
| 4 | **Special Condition # 23**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: A report (SPD 16-06733) filed with the Sturgis Police Department states that on August 12, 2016, the offender was contacted by law enforcement at the Sturgis Rally in Sturgis, South Dakota. The report alleges the offender was observed with an open alcoholic beverage in a public parking lot. The alcoholic beverage is described as a large plastic party flute with a straw, and an alcoholic beverage inside. Law enforcement administered a preliminary breath test (PBT) which registered a .109%. |

Case 2:12-cr-00074-WFN **PUBLIC** Document 113 Filed 09/01/16

Prob12C
Re: Afterbuffalo, David
August 30, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/30/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

9/1/16
Date